

# United States District Court
# Eastern District of California

| | |
|---|---|
| Ebony Hughes | Case Number: 2:26-cv-00729-TLN-CSK |
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE |
| Mount Franklin Foods, LLC | AND ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Brian W. Ledebuhr hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Mount Franklin Foods, LLC

On November 8, 2007 (date), I was admitted to practice and presently in good standing in the Illinois (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: March 11, 2026     Signature of Applicant: /s/ Brian W. Ledebuhr

**Pro Hac Vice Attorney**

Applicant's Name: Brian W. Ledebuhr

Law Firm Name: Vedder Price P.C.

Address: 222 North LaSalle Street

City: Chicago    State: IL    Zip: 60601

Phone Number w/Area Code: 312-609-7500

City and State of Residence: Chicago, IL

Primary E-mail Address: bledebuhr@vedder.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Michelle L. Landry

Law Firm Name: Vedder Price (CA), LLP

Address: 1 Post Street, Suite 2400

City: San Francisco    State: CA    Zip: 94104

Phone Number w/Area Code: 415-749-9500    Bar # 190080

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 11, 2026

JUDGE, U.S. DISTRICT COURT